#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RYAN S. HUNTLEY,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **WATTS ELECTRIC COMPANY,** <br><br> **Defendant.** | **4:21CV3002** <br><br> **ORDER SETTING TRIAL** |

This matter is before the Court following a planning conference held with counsel for the parties on January 14, 2022, before the undersigned magistrate judge. In accordance with the matters discussed during the planning conference and for good cause shown,

**IT IS ORDERED:**

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **February 28, 2022**.

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **March 31, 2022**.

3) The deadline for filing motions to dismiss and motions for summary judgment is extended to **March 31, 2022**

4) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 1, 2022**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **July 25, 2022**.

5) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **August 15, 2022**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

6) Motions in limine shall be filed seven days before the pretrial conference.

Dated this 14th day of January, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge